No. 66124.—Illfelder Importing Co., Inc. v. United States, protest 58/24254 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of cigarette lighter viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.

No. 66125.—M. Pressner & Co., Inc. v. United States, protest 61/366 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of plastic camera viewers similar in all material respects to those the subject of Abstract 65082, the claim of the plaintiff was sustained.

OCTOBER 4, 1961

No. 66126.—Linden Equipment Corporation v. United States, protest 60/2043.— Plaintiff's application for rehearing denied.

No. 66127.—James G. Wiley Co. and Steel, Unlimited v. United States, protest 60/16786(A). Plaintiffs' application for rehearing granted.